MEREDITH FAHN, State Bar No. 154467
1702-L Meridian Ave. #151
San Jose, CA  95125
Tel. (408)947-1512
fahn@sbcglobal.net
*Attorney for Petitioner, Eddie Perez*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE PEREZ,<br><br>         Petitioner,<br>     v.<br><br>GENA JONES,<br><br>         Respondent. | No.  23-cv-01489-AC<br><br>**[PROPOSED] ORDER MODIFYING APPOINTMENT ORDERS** |

On motion of petitioner Eddie Perez, brought by and through his appointed counsel Meredith Fahn, the Court hereby grants a 180-day extension of time to file a motion for leave to amend and file a proposed *second* amended petition, and any necessary motion to stay and abey the mixed petition pending exhaustion of claims and evidence.  The current deadline of May 2, 2024 is hereby extended to October 29, 2024.

Dated:  October 8, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER GRANTING EXTENSION OF TIME