UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE PEREZ,<br><br>    Petitioner,<br><br>    v.<br><br>GENA JONES,<br><br>    Respondent. | No. 2:23-cv-01489 AC P<br><br>ORDER |

    Petitioner, a state prisoner proceeding through appointed counsel, has filed a first amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a motion for a stay and abeyance. ECF Nos. 13, 16. Counsel for petitioner has also requested that the order appointing counsel for a limited purpose, issued on November 3, 2023, be modified to extend the representation through the entirety of federal court proceedings. ECF No. 16 at 9-10.

    In his amended application, petitioner challenges a conviction issued by the Kings County Superior Court. Kings County is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court. The undersigned will not rule on petitioner's pending motion to stay proceedings and to modify the

scope of appointment.  ECF No. 16.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request to seal documents (ECF No. 17) is granted.

2. Counsel for petitioner shall file the following documents under seal in accordance with Local Rule 141(e)(2)(i):  Petitioner's Index of Confidential Exhibits Lodged on a Thumb Drive In Support of a Petition for Writ of Habeas Corpus in the Kings County Superior Court; Bates Stamp Document Numbers 001655-001656; 002260-002325; 002393-002489; 002682-004590; 49487; 56022-56024; 56073-56095; and 57969-57980.

3. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

4. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

5. Due to the transfer of this case, the undersigned does not rule on the matters presented in ECF No. 16.

DATED: December 3, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2